## (September 23, 1975)

■ In the Matter of JOHN B. SCHAMEL, as Justice of the Town Court of the Town of Chemung.—By order entered December 20, 1974, respondent was removed for cause from the office of Justice of the Town Court of the Town of Chemung. *(Matter of Schamel,* 46 AD2d 236, app dsmd 36 NY2d 713, mot for lv to app den 36 NY2d 642.) On January 14, 1975 respondent was appointed by the Town Board of the Town of Chemung to fill the unexpired term of the office from which he had just been removed, and respondent accepted the appointment. This proceeding was instituted pursuant to an order of this court entered March 10, 1975, and upon respondent's filing an answer to the petition herein, petitioner moved for summary judgment. Motion granted, without costs, and respondent removed from office. Respondent is ineligible, as a matter of law, for appointment to the unexpired term of the office from which he was removed for cause. *(People v Ahearn,* 196 NY 221.) In view of respondent's persistent violations of the directives of this court, respondent is hereafter prohibited from holding a judicial office, elective or appointive. Herlihy, P. J., Sweeney, Kane, Koreman and Larkin, JJ., concur.

## (September 25, 1975)

■ In the Matter of TROY SAVINGS BANK, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. Proceeding, pursuant to section 298 of the Executive Law, to review an order of the State Human Rights Appeal Board dated May 16, 1975 which vacated a determination of the State Division of Human Rights dismissing the complaint on a finding of no probable cause and remanded for further proceedings. Petition granted, without costs, order of the State Human Rights Appeal Board annulled and order of the State Division of Human Rights reinstated. In our opinion, the appeal board erred in determining that the division's order was arbitrary and capricious (Executive Law, § 297-a, subd 7) and we find that dismissal of the complaint was proper for the reasons expressed in the determination of the division dated November 21, 1974. Sweeney, J. P., Kane, Main, Larkin and Reynolds, JJ., concur.